Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BALDEV PATEL, <br><br> Defendant. | No. CR15-208 RAJ <br><br> ORDER ON DEFENDANT'S MOTION TO SEAL |

Having considered Defendant's Motion to seal two letters, currently filed under seal, and the Court finding good cause,

IT IS ORDERED that Defendant Patel's Motion to Seal (Dkt. #24) is GRANTED and the two letters filed under Dkt. #25 shall remain sealed.

DATED this 21st day of July, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S
MOTION TO SEAL – 1