Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BALDEV PATEL,<br><br>        Defendant. | No. CR15-208 RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO SEAL |

Having considered Defendant's Motion to seal a supplemental letter, currently filed under seal, and the Court finding good cause,

IT IS ORDERED that Defendant Patel's Motion to Seal (Dkt. #26) is GRANTED and the supplemental letter filed under Dkt. #27 shall remain sealed.

DATED this 21st day of July, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge